# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODIE FARKAS**, | : | **CIVIL ACTION NO. 1:15-CV-356** |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **NRA GROUP, LLC**, individually | : | |
| and d/b/a **NATIONAL RECOVERY** | : | |
| **AGENCY (NRA)**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of May, 2015, upon consideration of Defendant Zulaima Figueroa's Unopposed Motion (Doc. 11) to Dismiss Plaintiff's Complaint, it is hereby ORDERED that said motion is GRANTED. Plaintiff's Complaint against Defendant Zulaima Figueroa is dismissed with prejudice.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania