# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JODIE FARKAS,** : | CIVIL ACTION NO. 1:15-CV-356 |
|     **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
|   v. : | |
| : | |
| **NRA GROUP, LLC, individually** : | |
| **and d/b/a NATIONAL RECOVERY** : | |
| **AGENCY (NRA),** *et al.,* : | |
|     **Defendants** : | |

## ORDER

  AND NOW, this 14th day of January, 2016, upon consideration of Defendants' motion for authorization to exceed page/word limitation (Doc. 17), it is hereby ORDERED that said motion is GRANTED. Defendants' brief in support of their motion for summary judgment shall not exceed 7,000 words, exclusive of caption, tables of contents and authorities.

              /S/ CHRISTOPHER C. CONNER
              Christopher C. Conner, Chief Judge
              United States District Court
              Middle District of Pennsylvania