# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODIE FARKAS,** | : | CIVIL ACTION NO. 1:15-CV-356 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NRA GROUP LLC, individually and d/b/a NATIONAL RECOVERY AGENCY ("NRA"),** *et al.*, | : | |
| **Defendants** | : | |

## ORDER & JUDGMENT

AND NOW, this 26th day of July, 2016, upon consideration of defendants' motion (Doc. 19) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 19) for summary judgment is GRANTED.

2. Judgment is ENTERED against plaintiff and in favor of defendants NRA Group, LLC, individually and d/b/a National Recovery Agency ("NRA"), Alonzo Hankerson, Craig Andrus, and Charlene Sarver.

3. Plaintiff's complaint (Doc. 1) is DISMISSED against defendant Jessie Miles pursuant to Federal Rule of Civil Procedure 4(m).  See FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania